IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CAROLYN MARTIN                                                                 PLAINTIFF

4:08CV003617JMM

UNIVERSITY OF ARKANSAS FOR
MEDICAL SCIENCES; PBS                                                    DEFENDANTS

## ORDER

The United States Marshal for the Eastern District of Arkansas is directed to serve the summons and complaint on the Defendants in this action without costs. The Marshal shall serve the summons pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 28th day of October 2008.

_____
UNITED STATES DISTRICT JUDGE