IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CAROLYN MARTIN                                                                         PLAINTIFF

V.                                              4:08CV03617 JMM

UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES                                                        DEFENDANT

## ORDER

The United States Marshal for the Eastern District of Arkansas is directed to serve the summons and complaint on the Defendant University of Arkansas Board of Trustees in this action without costs. The Marshal shall serve the summons pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure.

The Initial Scheduling Order (Docket # 23) is withdrawn and will be re-filed after the Defendant has been served and has answered.

IT IS SO ORDERED this 7th day of January 2009.

_____
James M. Moody
United States District Judge